United States District Court
Southern District of Texas
FILED

MAR 22 2015

David J. Bradley, Clerk
Laredo Divison

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | § CRIM. ACTION NO. 5:13-CR-48-1 |
| | § |
| MONALISA MORENO | § |

## ORDER

Defendant has filed a motion for a sentence reduction pursuant to Amendment 782 to the United States Sentencing Guidelines. For the following reason(s), Defendant's motion (Dkt. No. 57) is hereby **DENIED**:

- ____ Defendant's projected release date is prior to November 1, 2015. *See* U.S. SENTENCING GUIDELINES MANUAL § 1B1.10(e)(1).

- ____ The Amendment does not lower Defendant's guideline range because of a controlling statutory minimum or the operation of another sentencing guideline. *See id.* § 5G1.1(b), § 1B1.10 n. 1(A).

- _X_ The low end of Defendant's amended guideline range is greater than the sentence Defendant received, and Defendant did not receive a downward departure based on substantial assistance to the Government. *See id.* § 1B1.10(b)(2)(A)–(B).

- ____ The Amendment does not lower Defendant's guideline range based on the quantity of drugs used to calculate Defendant's original guideline range.

- ____ Defendant was not sentenced based on a guideline range calculated using the Drug Quantity Tables in § 2D1.1 or § 2D1.11.

- ____ Defendant qualifies for sentence reduction, but the Court will not grant the reduction because of behavior while in custody. *See* 18 U.S.C. § 3553(a).

It is so **ORDERED**.

**SIGNED** this 22d day of March, 2015.

_____
George P. Kazen
Senior United States District Judge

Case 5:13-cr-00048   Document 59   Filed in TXSD on 03/22/15   Page 2 of 2