AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States of America
v.
Monalisa Moreno

)
)
)
)
)
)
)
)

Date of Original Judgment:        07/26/2013
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

**United States District Court
Southern District of Texas
FILED**

**MAR 22 2015**

**David J. Bradley, Clerk
Laredo Division**

VRC

Case No:   5:13-cr-48-1

USM No:   31367-379

Frank A Perez
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑DENIED.   ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____07/26/2013_____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   3/22/15

Effective Date: _____
*(if different from order date)*

_____
*Judge's signature*

Judge George P. Kazen
*Printed name and title*